UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

      Plaintiff,

    v.                                                                     No.: 1:25-CV-00259-KRS-JMR

CLEAR & CLEAR, P.A., THOMAS J. CLEAR III,
RICARDO MENDEZ, and CARLOS
SANDOVAL-SMITH,

      Defendants.

**NOTICE OF ASSOCIATION AND CERTIFICATION
OF GOOD STANDING OF ATTORNEY WILLIAM NORMAN**

Pursuant to D.N.M.LR-Civ. 83(a)(1), I, Cassandra R. Malone, hereby give notice as follows:

1.    William Norman of the law firm of Aronberg Goldgehn Davis & Garmisa, is associating with me in the representation of Plaintiff Travelers Casualty and Surety Company of America in this matter.

2.    Further, I hereby certify that William Norman is an attorney licensed to practice law and in good standing in the State of Illinois.  Mr. Norman's contact information is as follows:

> William Norman
> Aronberg Goldgehn Davis & Garmisa
> 225 W. Washington St., Ste. 2800
> Chicago, IL 60606
> (ph.) (312) 755-3175
> (fax) (312) 828-9635
> wnorman@agdglaw.com

Respectfully submitted,

JENNINGS HAUG KELEHER McLEOD
WATERFALL LLP

By: /s/ Cassandra R. Malone
Gary J. Van Luchene
Cassandra R. Malone
201 Third Street NW, Ste. 1200
Albuquerque, NM, 8710
(ph.) (505) 346-9165
(fax) (505) 346-1370
gvl@jkwlawyers.com
crm@jkwlawyers.com

and

Christopher J. Bannon
William Norman
Aronberg Goldgehn Davis & Garmisa
225 W. Washington St., Ste. 2800
Chicago, IL 60606
(ph.) (312) 755-3175
(fax) (312) 828-9635
cbannon@agdglaw.com
wnorman@agdglaw.com
*Attorneys for Plaintiff,*
*Travelers Casualty and Surety Company of*
*America*

4934-7084-2920, v. 1