UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

      Plaintiff,

      v.

CLEAR & CLEAR, P.A., THOMAS J. CLEAR III,
RICARDO MENDEZ, and CARLOS
SANDOVAL-SMITH,

      Defendants.

No.: 1:25-CV-00259-KRS-JMR

### NOTICE OF ASSOCIATION AND CERTIFICATION
### OF GOOD STANDING OF ATTORNEY CHRISTOPHER J. BANNON

Pursuant to D.N.M.LR-Civ. 83(a)(1), I, Cassandra R. Malone, hereby give notice as follows:

1. Christopher J. Bannon of the law firm of Aronberg Goldgehn Davis & Garmisa, is associating with me in the representation of Plaintiff Travelers Casualty and Surety Company of America in this matter.

2. Further, I hereby certify that Christopher J. Bannon is an attorney licensed to practice law and in good standing in the State of Illinois. Mr. Bannon's contact information is as follows:

    Christopher J. Bannon
    Aronberg Goldgehn Davis & Garmisa
    225 W. Washington St., Ste. 2800
    Chicago, IL 60606
    (ph.) (312) 755-3175
    (fax) (312) 828-9635
    cbannon@agdglaw.com

Respectfully submitted,

JENNINGS HAUG KELEHER McLEOD
WATERFALL LLP

By: /s/ Cassandra R. Malone
Gary J. Van Luchene
Cassandra R. Malone
201 Third Street NW, Ste. 1200
Albuquerque, NM, 8710
(ph.) (505) 346-9165
(fax) (505) 346-1370
gvl@jkwlawyers.com
crm@jkwlawyers.com

and

Christopher J. Bannon
William Norman
Aronberg Goldgehn Davis & Garmisa
225 W. Washington St., Ste. 2800
Chicago, IL 60606
(ph.) (312) 755-3175
(fax) (312) 828-9635
cbannon@agdglaw.com
wnorman@agdglaw.com
*Attorneys for Plaintiff,*
*Travelers Casualty and Surety Company of America*

4921-1005-3672, v. 1