UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

           Plaintiff,

    v.

CLEAR & CLEAR, P.A., THOMAS J. CLEAR III, RICARDO MENDEZ, CARLOS SANDOVAL-SMITH, PEDRO ANTHONY GONZALES, JOSE DAVID VASQUEZ, ANTIONIO ABELARDO BARRON, and MARY NICOLE TIXIER,

           Defendants.

Civil Action No.: 1:25-cv-00259

## STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO FRCP 41(a) AND FOR BINDING EFFECT OF JUDGMENT

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and defendants Carlos Sandoval-Smith ("Sandoval-Smith"), Pedro Anthony Gonzales ("Gonzales"), Jose David Vasquez ("Vasquez"), Antionio Abelardo Barron ("Barron"), and Mary Nicole Tixier ("Tixier"), pursuant to FRCP 41(a), enter into the following stipulation:

    1.    Travelers issued a claims-made Travelers 1st Choice$^+$ Lawyers Professional Liability Policy, No. 107633093, with a policy period May 10, 2023 to May 10, 2024 (the "2023 Policy").

    2.    Travelers issued a claims-made Travelers 1st Choice$^+$ Lawyers Professional Liability Policy, No. 107633093, with a policy period May 10, 2024, to May 10, 2025 (the "2024 Policy"). The 2023 Policy and the 2024 Policy are collectively referred to as the "Policies".

    3.    Sandoval-Smith filed a lawsuit against Thomas J. Clear III ("Clear"), Ricardo Mendez ("Mendez") and Clear & Clear, P.A. (the "Firm") (collectively, the "Clear Parties"), among others, in the Second Judicial District Court, Bernalillo County, New Mexico, captioned

*Carlos Sandoval-Smith v. The City of Albuquerque*, Case No. D-202-CV-2024-07742 (the "Sandoval-Smith Lawsuit").

4. Gonzales, Vasquez, Barron and Tixier (collectively, the "Gonzales Parties") filed a class action lawsuit against the Clear Parties, among others, in the Second Judicial District Court, Bernalillo County, New Mexico, Case No. D-202-CV-2025-01387 captioned *Pedro Anthony Gonzales, et al. v. The City of Albuquerque et al.,* ("the Gonzales Lawsuit").

5. Travelers filed this action seeking rescission of the Policies and a declaration that the Policies are void from their inception. In this action, Travelers also seeks a declaration that Travelers has no obligation to defend or indemnify the Clear Parties in connection with any claims or suits, including without limitation, the Sandoval-Smith Lawsuit and the Gonzales Lawsuit.

6. Sandoval-Smith and the Gonzales Parties stipulate and agree that they shall be fully bound by any judgment for rescission of the Policies, and any declaration that Travelers has no obligation to defend or indemnify the Clear Parties against any claim or action asserted against the Clear Parties, including without limitation, the Sandoval-Smith Lawsuit and the Gonzales Lawsuit, as if Sandoval-Smith and the Gonzales Parties had remained parties to this action and litigated all matters through judgment. Any judgment for rescission of the Policies, and any declaration that Travelers is not required to indemnify the Clear Parties for any claim or action asserted against the Clear Parties, entered in this action shall satisfy all requirements for the application of the doctrines of collateral estoppel, *res judicata*, issue preclusion and/or claim preclusion so as to preclude and bar any claim by or on behalf of Sandoval-Smith and the Gonzales Parties, and their agents or successors-in-interest, for coverage under, or payment from, the Policies.

7. In light of Sandoval-Smith's and the Gonzales Parties' stipulation and agreement to be bound, as set forth in paragraph 6 of this stipulation, Travelers, Sandoval-Smith, and the

Gonzales Parties hereby stipulate and agree to the dismissal of Sandoval-Smith, the Gonzales Parties and the Clear Parties, only, in this action, pursuant to FRCP 41(a) and without prejudice, with each party bearing their own costs, expenses and attorneys' fees.

8. This Stipulation shall not operate as a dismissal of any other parties or claims in this action, and Travelers' First Amended Complaint for Rescission and Declaratory Judgment shall remain pending as to the remaining defendants Clear & Clear, P.A., Thomas J. Clear III, and Ricardo Mendez.

SO STIPULATED this   26th   day of   February  , 2026:

CARLOS SANDOVAL-SMITH, PEDRO ANTHONY GONZALES, JOSE DAVID VASQUEZ, ANTIONIO ABELARDO BARRON, and MARY NICOLE TIXIER

By:    /s/ Griffin Arrellano
Taylor Smith
Griffin Arellano
Smith & Marjanovic Law, LLC
P.O. Box 94207
Albuquerque, NM 87199
(ph.) (505) 510-4440
(fax) (505) 557-1163
taylor@legalhelpnm.com
griffin@legalhelpnm.com

*Counsel for Defendants Carlos Sandoval-Smith, Pedro Anthony Gonzales, Jose David Vasquez, Antionio Abelardo Barron, and Mary Nicole Tixie*

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

By: */s/ Christopher J. Bannon*
Christopher J. Bannon (admitted *pro hac vice*)
William F. Norman (admitted *pro hac vice vice*)
Aronberg Goldgehn Davis & Garmisa
225 W. Washington St., Ste. 2800
Chicago, IL 60606
(ph.) (312) 755-3175
(fax) (312) 828-9635
cbannon@agdglaw.com
wnorman@agdglaw.com

And

By: */s/ Cassandra R. Malone*
Gary J. Van Luchene
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall LLP
201 Third Street NW, Ste. 1200
Albuquerque, NM, 8710
(ph.) (505) 346-9165
(fax) (505) 346-1370
gvl@jkwlawyers.com
crm@jkwlawyers.com

*Attorneys for Plaintiff Travelers Casualty and Surety Company of America*

4932-8145-1398, v. 1